*Stephen Chandler* for petitioners. No appearance for respondents.

No. 432. POLLOCK *v.* UNITED STATES. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John Philip Hill* for petitioner. *Solicitor General Hughes,* and *Messrs. Claude R. Branch* and *Barham R. Gary* for the United States.

No. 433. COOPER, NÉE PERRY, *v.* SPIRO STATE BANK. November 25, 1929. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. Cicero F. Murray, R. A. Rittenhouse,* and *E. D. Means* for petitioner. *Mr. C. B. Cochran* for respondent.

No. 434. JACOBS, NÉE CARNEY *v.* AMBRISTER ET AL. November 25, 1929. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. Cicero F. Murray* and *F. A. Rittenhouse* for petitioner. *Messrs. T. J. Flannelly, W. D. Potter, Harry T. Klein, C. B. Cochran, J. H. Hill,* and *Frank B. Burford* for respondents.

No. 439. ATWOOD ET AL. *v.* RHODE ISLAND HOSPITAL TRUST Co. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Lyman K. Clark* and *Wm. E. Carnochan* for petitioners. *Messrs. Robert Thorne, Wm. R. Tillinghast, James C. Collins,* and *Dallas S. Townsend* for respondent.